# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :
: CASE NO. 3:20-mc-277
v. : (JUDGE MARIANI)
:
FRANCIS PLAZA :

## ORDER

**AND NOW, THIS 18TH DAY OF MAY 2020**, upon consideration of the "Motion to Stay Filing of Writ of Habeas Corpus Due to Current Proceedings in State Court" (Doc. 1) filed in the above-captioned action, for the reasons set forth in the Court's simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Stay Filing of Writ of Habeas Corpus Due to Current Proceedings in State Court (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

2. The dismissal is without prejudice to Mr. Plaza's ability to properly file a habeas petition in this Court.

3. No Certificate of Appealability shall issue.

4. The Clerk of Court is directed to send Mr. Plaza the proper form for filing a habeas petition pursuant to 28 U.S.C. § 2254 and related documents.[1]

5. The Clerk of Court is directed to **CLOSE** this case.

_s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge

---

[1] In so ordering, the Court neither directs Mr. Plaza to file a petition nor makes any findings on the appropriateness of such a filing.